Nearly PIERRE–LOUIS, Appellant

v.

PENNSYLVANIA BOARD
OF PROBATION AND
PAROLE, Appellee.

Supreme Court of Pennsylvania.

Dec. 3, 2013.

**ORDER**

PER CURIAM.

**AND NOW,** this 3rd day of December, 2013, the Motion to Dismiss for Mootness is **GRANTED.**